IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BYRON WOOTEN,

    Petitioner,

v.

HENRY J. MARQUEZ,

    Respondent.

                             /

No. C 13-05061 DMR (PR)

**ORDER GRANTING PETITIONER A SECOND EXTENSION OF TIME TO FILE HIS PETITION**

On February 5, 2014, the Court issued an Order of Dismissal With Leave to Amend, directed the Clerk of the Court to reclassify this case as a habeas action, and instructed Petitioner to complete a 28 U.S.C. § 2254 habeas petition form within twenty-eight days.

On March 10, 2104, the Court granted Petitioner's motion for an extension of time to file his habeas petition form up to and including May 5, 2014.

The May 5, 2014 deadline has passed, and Petitioner has not filed his habeas petition form. Instead, Petitioner filed a motion for appointment of counsel, which the Court denied in an Order dated May 8, 2014.

Petitioner's habeas petition form is presently overdue. The Court, on its own motion, GRANTS Petitioner a second extension of time to file his habeas petition form. The time in which Petitioner may file his habeas petition form will be extended to up to and including **June 16, 2014.**

If Petitioner fails to file a completed § 2254 habeas petition form by the deadline above, this case will be closed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962) (pursuant to Rule 41(b), a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with a court order); *see also Malone v. United States Postal Serv.*, 833 F.2d 128, 133 (9th Cir. 1987) (the district court should afford the litigant prior notice before dismissing for failure to prosecute).

IT IS SO ORDERED.

Dated: May 14, 2014

                                             DONNA M. RYU
                                             United States Magistrate Judge

**United States District Court**
For the Northern District of California